# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TERESA JEAN HAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-01191-ACA |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

On June 28, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On July 2, 2018, the plaintiff filed objections to the report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the plaintiff's objections, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the decision of the Commissioner be affirmed and **OVERRULES** the plaintiff's objections.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this July 31, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE